# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF X. E. M. K.,
CHILD UNDER 18 YEARS OF AGE.

No. 75433

NORMAN L.,
               Appellant,
vs.
X. E. M. K.; AND STATE OF NEVADA
DEPARTMENT OF FAMILY
SERVICES,
               Respondents.



FILED

AUG 10 2018



ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order denying a "motion for immediate return of child and removal of [appellant] from case." Third Judicial District Court, Lyon County; Leon Aberasturi, Judge.

On May 30, 2018, this court entered an order to show cause directing appellant to demonstrate this court's jurisdiction. Specifically, it appears the order appealed from is not substantively appealable. NRAP 3A(b); *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678, P.2d 1152 (1984). We cautioned appellant that failure to demonstrate jurisdiction would cause this appeal to be dismissed. To date, appellant has failed to respond to our order to show cause or to otherwise demonstrate that this court has jurisdiction to consider this appeal. Accordingly, it appears we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____ , J.
Cherry

_____ , J.
Parraguirre

_____ , J.
Stiglich

18-30824

cc:    Hon. Leon Aberasturi, District Judge
Aaron M. Bushur
Lyon County District Attorney
Kelly Werth
Third District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A